UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN CHAD BREVIK,<br><br>　　　　Petitioner,<br><br>　v.<br><br>CHARLES SCHUYLER,<br><br>　　　　Respondent. | No.  1:23-cv-01570-SKO (HC)<br><br>**ORDER TRANSFERRING ACTION** |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner filed the instant habeas petition on July 31, 2023, challenging his 2017 conviction in Calaveras County Superior Court.  On August 3, 2023, the matter was transferred to the Fresno Division and received in this Court pursuant to Local Rule 120.  On August 7, 2023, General Order No. 666 issued which amended Local Rule 120 effective immediately.  According to amended Local Rule 120, Calaveras County is part of the Sacramento Division.

Accordingly, IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento.

IT IS SO ORDERED.

Dated:   **August 9, 2023**　　　　　　　　　/s/ *Sheila K. Oberto*

1

UNITED STATES MAGISTRATE JUDGE

2