UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN CHAD BREVIK, | No. 2:23-cv-01639-KJM-EFB (HC) |
| Petitioner, | |
| v. | ORDER |
| CHARLES SCHUYLER, | |
| Respondent. | |

  Plaintiff, a state prisoner proceeding pro se, has filed this habeas petition seeking relief under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On February 5, 2024, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. F&Rs, ECF No. 35. Petitioner has filed objections to the findings and recommendations. Obj., ECF No. 36.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, including petitioner's objections, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 5, 2024, ECF No. 35, are adopted in full;

2. Petitioner's October 27, 2023 motion for a default judgment, ECF No. 27, is DENIED; and

3. This matter is referred back to the assigned magistrate judge for further proceedings.

DATED: May 22, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE