UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN CHAD BREVIK, | No. 2:23-cv-01639-KJM-EFB (HC) |
| Petitioner, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| CHARLES SCHUYLER, Acting Warden, | |
| Respondent. | |

  Petitioner is a state prisoner proceeding without counsel on a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This court previously found his First Amended Petition (ECF No. 33) to be the operative pleading in this matter. ECF No. 35. Respondent has since filed a motion to dismiss (ECF No. 29), which petitioner has opposed. ECF No. 38.

  Respondent moves to dismiss on the sole basis that petitioner's Claim 7 (cumulative error) is allegedly unexhausted. Respondent does not allege that any of petitioner's other claims are unexhausted, nor does respondent allege any other grounds to dismiss the petition. Respondent points out that when a petitioner files a petition for writ of habeas corpus with an unexhausted claim, the petitioner must either drop his unexhausted claims and proceed with the exhausted claims, or the entire petition must be dismissed. *See Wooten v. Kirkland*, 540 F.3d 1019, 1026 (9th Cir. 2008) (citing *Rhines v. Weber*, 544 U.S. 269, 278 (2005)).[1]

---

[1] A petitioner may also file a motion to stay a mixed petition pending exhaustion of any

1

In response, petitioner states that he would drop the cumulative error claim from his petition and proceed with the remainder of his claims. While petitioner stated in his opposition that he wanted to drop the claim without being required to file a further amended petition, he has in fact subsequently filed a Second Amended Petition that did not include Claim 7. ECF No. 39.

Petitioner has elected to delete Claim 7 and proceed with the other exhausted claims in his petition, and he has filed a subsequent petition the excludes Claim 7. ECF Nos. 38 and 39. This moots the pending motion.

Accordingly, it is hereby recommended that:

1. Respondent's motion to dismiss (ECF No. 29) be DENIED as moot.
2. Petitioner's Second Amended Petition (ECF No. 39), which does not include Claim 7, be deemed the operative complaint in this matter.
3. Respondent be directed to file and serve a response to the Second Amended Petition within 60 days from the date of any order adopting these findings and recommendations, accompanied by all transcripts or other documents relevant to the determination of the issues presented in the application. *See* Rules 4, 5, Rules Governing § 2254 Cases.
4. Petitioner be directed to file and serve his reply, if any, within 30 days of service of an answer.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."

/////

/////

/////

---

unexhausted claims in state court. *Wooten*, 540 F.3d at 1026. Here, petitioner did not request a stay, and specifically stated in his opposition to respondent's motion to dismiss that he wanted to delete his unexhausted claim and not move for a stay. ECF No. 38.

Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 2, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE