1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DONOVAN CHAD BREVIK,                    No.  2:23-cv-01639-KJM-EFB (HC)

12                 Petitioner,

13          v.                                ORDER

14    CHARLES SCHUYLER,

15                 Respondent.

16

17          Petitioner proceeds without counsel in this petition for writ of habeas under 28 U.S.C.

18    § 2254.  On August 5, 2024, the magistrate judge filed findings and recommendations, which

19    were served on all parties and which contained notice to all parties that any objections to the

20    findings and recommendations were to be filed within fourteen days.  ECF No. 6.  Neither party

21    has filed objections.

22          The court presumes that any findings of fact are correct.  *See Orand v. United States*,

23    602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

24    de novo.  *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

25    by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

26    . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

27    supported by the record and by the proper analysis.

28    /////

                                                  1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  The findings and recommendations filed August 5, 2024 (ECF No. 43), are adopted in

3  full;

4       2.  Respondent's motion to dismiss (ECF No. 29) is DENIED AS MOOT;

5       3.  Petitioner's Second Amended Petition (ECF No. 39) is deemed the operative pleading

6  in this action;

7       4.  Respondent shall file and serve a response to the Second Amended Petition within 60

8  days of the date of this order, accompanied by all transcripts or other documents relevant to the

9  determination of the issues presented by the petition.  *See* Rules Governing § 2254 Cases in the

10 U.S. District Courts, Rules 4 & 5; and

11      5.  Petitioner shall file and serve a reply, if any, within 30 days of service of an answer.

12 DATED:  October 3, 2024.

13

14                                _____
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2