UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN CHAD BREVIK, | No. 2:23-cv-01639-KJM-EFB (HC) |
| Petitioner, | |
| v. | ORDER |
| CHARLES SCHUYLER, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in this writ of habeas corpus. 28 U.S.C. § 2254. He seeks permission to exceed the page limit for his traverse. ECF No. 53. The request is GRANTED, and the court accepts the traverse (ECF No. 54) as filed.

SO ORDERED.

Dated: December 20, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE