UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONOVAN CHAD BREVIK,

Petitioner,

v.

CHARLES SCHUYLER,

Respondent.

No.  2:23-cv-01639-DC-EFB (HC)

ORDER

Petitioner has requested the appointment of counsel.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  *See* Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that petitioner's February 12, 2026 request for appointment of counsel (ECF No. 60) is DENIED.

DATED:  February 23, 2026.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1